Robert H. CAMPBELL and Elaine C. Campbell, Plaintiffs–Appellants,

v.

ST. GEORGE CATHOLIC CHURCH, Denis Engemann, Eugene Elsenratt, Defendants–Respondents.

No. 65012.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 21, 1994.

Gael D. Wood, James W. McGettigan, Jr., Eckelkamp, Eckelkamp, Wood and Kuenzel, Washington, for appellants.

Thomas J. Downey, Louis C. DeFeo, Jr., Jefferson City, for respondents.

Before SIMON, P.J., and PUDLOWSKI and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellants appeal a summary judgment claiming: 1) the trial court erred in overruling their motion to file a first amended petition and 2) in granting summary judgment because there existed a genuine issue of material fact.